UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA    )
    )
v.    )    NO. 3:07-00222
    )    JUDGE CAMPBELL
GREGORY MOSS    )


## ORDER


Pending before the Court is a Petition for Revocation of Supervised Release (Docket No. 87). The Court held a hearing on the Petition on February 22, 2013. For the reasons stated on the record, the Defendant's Special Conditions of Supervision are modified as follows:

1.    The Defendant's period of supervised release is extended one year to and including January 31, 2014; and

2.    Defendant shall pay restitution of at least $50.00 per month, rather than a minimum of 10% of his gross monthly income.

Defendant and the Probation Office shall promptly advise the Court in writing if Defendant's financial circumstances materially change regarding his ability to pay restitution.

The Probation Office shall research if other individuals have paid restitution to the Government toward the restitution amount owed by Defendant.

IT IS SO ORDERED.


_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE