PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Gregory Moss        Case Number: 3:07-00222

Name of Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: November 29, 2012

Original Offense: Theft of Government Property

Original Sentence: One month custody followed by two years' supervised release; supervision extended for one year on February 22, 2013

Type of Supervision: Supervised Release     Date Supervision Commenced: February 1, 2011

Assistant U.S. Attorney: Sandra Moses        Defense Attorney: Gregory Smith

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ Allowed to terminate from supervision still owing restitution

Considered this 21 day of Nov., 2013, and made a part of the records in the above case.

Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Lisa House
U.S. Probation Officer

Place    Clarksville, Tennessee

Date    November 18, 2012

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>  <u>Nature of Noncompliance</u>

1.  **<u>The Defendant shall pay $371,884.72 restitution.</u>**

   Mr. Moss was ordered to pay $371,884.72 restitution. According to the clerk's office, Mr. Moss paid $2,810 toward restitution, leaving a balance of $369,074.72.

**Compliance with Supervision Conditions and Prior Interventions:**

Gregory Moss commenced the two-year term of supervised release effective February 1, 2011. He completed the first five months of supervision on home detention on July 3, 2011. Mr. Moss has maintained employment with Howard Baer Inc., as a truck driver. He has paid $2,810 toward restitution, leaving a remaining balance of $369,074.72. Mr. Moss appeared in Court on February 22, 2013, pursuant to a petition alleging failure to pay 10 percent of his gross monthly income toward restitution. The term of supervision was extended for one year, creating a new expiration date of January 31, 2014. Mr. Moss was also ordered to submit monthly payments of not less than $50 per month toward restitution. Mr. Moss has submitted monthly payments of $50 per month toward restitution with the exception of May 2013. He has been instructed to submit payment for May 2013, as soon as possible. Supervision is currently set to expire on January 31, 2014.

**U.S. Probation Officer Recommendation:**

It is recommended Mr. Moss be allowed to terminate from supervision still owing restitution. Should he not continue to make payments after he expires from supervision, the U.S. Attorney's Office has the option to seek garnishment of his income or place a lien on any property he may acquire. This matter has been submitted to Assistant U.S. Attorney, Sandra Moses, who concurs with this recommendation.

Approved: _____
Vidette A. Putman
Supervisory U.S. Probation Officer